USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/4/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| K.F. ET AL.,<br><br>       **Plaintiffs,**<br><br>-against-<br><br>NEW YORK DEPARTMENT OF EDUCATION,<br><br>       **Defendant.** | 22-cv-10113 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  A telephonic initial conference shall be held on **Tuesday, May 9, 2023 at 11:00 a.m**. All parties shall appear and contact the Court at **1-888-363-4749 (access code: 3768660)**.

  In advance of the conference, the parties are directed to discuss settlement and shall submit a joint status report by **May 2, 2023** as to the status of settlement negotiations

**SO ORDERED.**

Dated: April 4, 2023
    New York, New York

                    */s/ Andrew L. Carter, Jr.*
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**