USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/24/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

K.F. ET AL.,

        **Plaintiffs,**

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        **Defendant.**

22-cv-10113 (ALC)

<u>Order</u>

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

SO ORDERED.

Dated:   April 24, 2023
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**